GERALD TORSIELLO v. WHITEHALL LABORATORIES.

March 27, 1979. Petition for certification denied. (See 165 *N.J.Super.* 311)

STATE OF NEW JERSEY v. JESSE SINGLETARY.

March 27, 1979. Petition for certification denied. (See 165 *N.J.Super.* 421)

ALFRIEDE M. MADEO v. THEODORE O. GROEGER.

March 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. STERLING MICHAEL BRIGHT.

March 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY G. KREISS.

March 27, 1979. Petition for certification denied.

REBA GREEN v. NORWOOD J. DAWSON.

March 27, 1979. Petition for certification denied. (See 165 *N.J.Super.* 52)